Exhibit D

Taylor R family payments

| Date | Payment from | Account | Amount |
|---|---|---|---|
| 09/01/10 | Lynn R | PUB | $4,000.00 |
| 09/07/10 | Willlam & Deborah D (aunt) | Chase Card | $12,000.00 |
| 10/12/10 | Lynn R | MC | $2,000.00 |
| 10/18/10 | Lynn R | MC | $1,000.00 |
| 11/03/10 | Lynn R | MC | $1,000.00 |
| 11/05/10 | Lynn R | MC | $1,000.00 |
| 11/12/10 | Lynn R | MC | $1,000.00 |
| 11/18/10 | Lynn R | MC | $1,000.00 |
| 11/22/10 | Lynn R | MC | $1,000.00 |
| 12/02/10 | Lynn R | MC | $2,000.00 |
| 12/08/10 | Lynn R | MC | $1,000.00 |
| 12/10/10 | Lynn R | MC | $1,000.00 |
| 12/13/10 | Willlam & Deborah D (aunt) | Chase Card | $8,000.00 |
| 01/31/11 | Lynn R | MC | $818.00 |
| 02/03/11 | Lynn R | MC | $800.00 |
| 02/09/11 | Lynn R | MC | $1,973.00 |
| 02/28/11 | Lynn R | MC | $2,300.00 |
| 03/02/11 | Lynn R | MC | $395.00 |
| 03/02/11 | Lynn R | MC | $400.00 |
| 03/08/11 | JGR Landscaping | MC | $350.00 |
| 03/08/11 | JGR Landscaping | MC | $420.00 |
| 04/14/11 | EDU Loan | | $100.00 |
| 04/14/11 | EDU Loan | | $42,743.00 |
| | | | $86,299.00 |



## Statement of Account
6500023583

Page 2 of 2



#1001   9/8   $4,000.00



#1003   9/3   $3,000.00

Aspen Ranch
P.O. Box 369
Loa, UT 84747

# Statement

| Date |
| --- |
| 9/1/2010 |



To:

LYNN R

MERIDEN, CT   06451

| Amount Due | Amount Enc. |
| --- | --- |
| $21,392.97 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 06/30/2010 | Balance forward | | 0.00 |
| 07/09/2010 | INV #41461. | 2,750.00 | 2,750.00 |
| | Enrollment Fee | | |
| | --- Enrollment Fee $2,750.00 | | |
| 07/09/2010 | INV #41462. | 5,041.47 | 7,791.47 |
| | RESIDENTIAL TREATMENT FOR JULY 9 - 31, 2010 | | |
| | --- Residential Treatment, 23 @ $257.50 = 5,922.50 | | |
| | --- CONTRACT ADJUSTMENT by Director $-881.03 | | |
| 07/09/2010 | INV #41597. | 0.00 | 7,791.47 |
| | WAIVED: ALUMNI SERVICES DEPOSIT | | |
| | --- Alumni Deposit $0.00 | | |
| 08/01/2010 | INV #41663. | 6,795.00 | 14,586.47 |
| | RESIDENTIAL TREATMENT FOR AUGUST 2010 | | |
| | --- Residential Treatment $7,982.50 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,187.50 | | |
| 08/10/2010 | INV #41784. | 11.50 | 14,597.97 |
| | JULY STUDENT GEAR: HYGIENE ITEMS & CLOTHING (Detail can be | | |
| | e-mailed upon request) | | |
| | --- Student Expense, 1 @ $11.50 = 11.50 | | |
| 09/01/2010 | INV #42010. | 6,795.00 | 21,392.97 |
| | RESIDENTIAL TREATMENT FOR SEPTEMBER 2010 | | |
| | --- Residential Treatment $7,982.50 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,187.50 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 6,795.00 | 11.50 | 14,586.47 | 0.00 | 0.00 | $21,392.97 |

Aspen Ranch
P.O. Box 369
Loa, UT 84747

# Statement

| Date |
|---|
| 1/1/2011 |

| To: |
|---|
| LYNN R▓▓▓▓ |
| R▓▓▓▓▓ I▓▓▓▓▓▓ |
| MERIDEN, CT    06451 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $13,172.35 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/31/2010 | Balance forward | | 8,510.34 |
| 11/01/2010 | INV #42601. | 6,795.00 | 15,305.34 |
| | RESIDENTIAL TREATMENT FOR NOVEMBER 2010 | | |
| | --- Residential Treatment $7,982.50 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,187.50 | | |
| 11/02/2010 | INV #42638. | 200.00 | 15,505.34 |
| | WAYNE COMMUNITY HEALTH CENTER   9/23/10 | | |
| | --- Student Expense, 1 @ $200.00 = 200.00 | | |
| 11/03/2010 | PMT #Master Card. LYNN R▓ | -1,000.00 | 14,505.34 |
| 11/05/2010 | PMT #Master Card. LYNN R▓ | -1,000.00 | 13,505.34 |
| 11/09/2010 | INV #42699. | 20.50 | 13,525.84 |
| | SCHOOL: BOOKS AND MATERIALS:  OCTOBER, 2010 | | |
| | --- Supplies Expense, 1 @ $20.50 = 20.50 | | |
| 11/12/2010 | PMT #Master Card. LYNN R▓ | -1,000.00 | 12,525.84 |
| 11/16/2010 | INV #42765. | 190.40 | 12,716.24 |
| | OCTOBER STUDENT GEAR: HYGIENE ITEMS & CLOTHING (Detail | | |
| | can be e-mailed upon request) | | |
| | --- Student Expense, 1 @ $190.40 = 190.40 | | |
| 11/18/2010 | INV #42829. | 10.00 | 12,726.24 |
| | LIN'S PHARMACY    11/5/10 | | |
| | --- Student Expense, 1 @ $10.00 = 10.00 | | |
| 11/18/2010 | PMT #Master Card. LYNN R▓ | -1,000.00 | 11,726.24 |
| 11/22/2010 | PMT #Master Card. LYNN R▓ | -1,000.00 | 10,726.24 |
| 11/23/2010 | INV #42871. | 120.00 | 10,846.24 |
| | DR. PAULA COOK   " PSYCHIATRIC VISIT "    11/12/10 | | |
| | --- Student Expense, 1 @ $120.00 = 120.00 | | |
| 11/23/2010 | INV #42888. | 12.00 | 10,858.24 |
| | HAIR CUT   11/22/10 | | |
| | --- Student Expense, 1 @ $12.00 = 12.00 | | |
| 12/01/2010 | INV #43102. | 6,795.00 | 17,653.24 |
| | RESIDENTIAL TREATMENT FOR DECEMBER 2010 | | |
| | --- Residential Treatment $7,982.50 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,187.50 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 6,795.00 | 724.11 | 5,653.24 | 0.00 | 0.00 | $13,172.35 |

2

Aspen Ranch
P.O. Box 369
Loa, UT 84747

# Statement

| Date |
|------|
| 2/9/2011 |



To:
LYNN R████
R████ █████
MERIDEN, CT    06451

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $16,705.20 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 11/30/2010 | Balance forward | | 10,858.24 |
| 12/01/2010 | INV #43102. | | 17,653.24 |
| | RESIDENTIAL TREATMENT FOR DECEMBER 2010 | 6,795.00 | |
| | --- Residential Treatment $7,982.50 | | |
| | — CONTRACT ADJUSTMENT by Director S-1,187.50 | | |
| 12/02/2010 | INV #42911. | | |
| | UPS Shipping   11/29/10 | 10.61 | 17,663.85 |
| | --- Shipping, 1 @ $10.61 = 10.61 | | |
| 12/02/2010 | PMT #Master Card. LYNN ████ | -2,000.00 | 15,663.85 |
| 12/08/2010 | PMT #Master Card. LYNN R ████ | -1,000.00 | 14,663.85 |
| 12/09/2010 | INV #42992. | 141.50 | 14,805.35 |
| | NOVEMBER STUDENT GEAR: HYGIENE ITEMS & CLOTHING | | |
| | (Detail can be e-mailed upon request) | | |
| | --- Student Expense, 1 @ $141.50 = 141.50 | | |
| 12/09/2010 | INV #43081. | | |
| | SCHOOL: BOOKS AND MATERIALS: NOVEMBER. 2010 | 16.00 | 14,821.35 |
| | --- Supplies Expense, 1 @ $16.00 = 16.00 | | |
| 12/10/2010 | PMT #Master Card. LYNN R ████ | -1,000.00 | 13,821.35 |
| 12/10/2010 | INV #43106. | 250.00 | 14,071.35 |
| | LATE FEE - payment not received by 12/10/2010 | | |
| | — LATE FEE $250.00 | | |
| 12/13/2010 | PMT #VISA. DEBORAH D ████ | -8,000.00 | 6,071.35 |
| 12/16/2010 | INV #43128. | 120.00 | 6,191.35 |
| | DR. PAULA COOK   " PSYCHIATRIC VISIT "   12/9/10 | | |
| | --- Student Expense, 1 @ $120.00 = 120.00 | | |
| 12/16/2010 | INV #43158. | 16.00 | 6,207.35 |
| | FLU VACCINE   11/23/10 | | |
| | --- Student Expense, 1 @ $16.00 = 16.00 | | |
| 12/28/2010 | INV #43296. | 170.00 | 6,377.35 |
| | WAYNE COMMUNITY HEALTH CENTER   12/14/10 | | |
| | --- Student Expense, 1 @ $170.00 = 170.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|---------|---------|---------|---------|---------|
| 0.00 | 7,123.85 | 7,351.00 | 2,230.35 | 0.00 | $16,705.20 |

3

Aspen Ranch
P.O. Box 369
Loa, UT 84747

**Statement**

| Date |
| --- |
| 2/9/2011 |

To:

LYNN R
R
MERIDEN, CT     06451

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $16,705.20 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 01/01/2011 | INV #43367. RESIDENTIAL TREATMENT TUITION FOR JANUARY 2011 --- Residential Treatment $7,982.50 --- CONTRACT ADJUSTMENT by Director $-1,187.50 | 6,795.00 | 13,172.35 |
| 01/14/2011 | INV #43434. COPY OF  "PERFECT DAUGHTERS"    12/23/10 --- Student Expense, 1 @ $12.00 = 12.00 | 12.00 | 13,184.35 |
| 01/14/2011 | INV #43441. DEC 2010 - TRI-ECHELON FITNESS with STEVE KERN - $25 per session --- Fitness Class, 3 @ $25.00 = 75.00 | 75.00 | 13,259.35 |
| 01/20/2011 | INV #43515. DECEMBER STUDENT GEAR: HYGIENE ITEMS & CLOTHING (Detail can be e-mailed upon request) --- Student Expense, 1 @ $161.85 = 161.85 | 161.85 | 13,421.20 |
| 01/20/2011 | INV #43557. SCHOOL: BOOKS AND MATERIALS:  DECEMBER, 2010 --- Supplies Expense, 1 @ $20.00 = 20.00 | 20.00 | 13,441.20 |
| 01/27/2011 | INV #43624. WAYNE COMMUNITY HEALTH CENTER     12/28/10 --- Student Expense, 1 @ $60.00 = 60.00 | 60.00 | 13,501.20 |
| 01/31/2011 | PMT #Master Card. LYNN R | -818.00 | 12,683.20 |
| 02/01/2011 | INV #43699. RESIDENTIAL TREATMENT TUITION FOR FEBRUARY 2011 --- Residential Treatment $7,982.50 --- CONTRACT ADJUSTMENT by Director $-1,187.50 | 6,795.00 | 19,478.20 |
| 02/03/2011 | PMT #Master Card. LYNN R | -800.00 | 18,678.20 |
| 02/09/2011 | PMT #Master Card. LYNN M. R | -1,973.00 | 16,705.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 7,123.85 | 7,351.00 | 2,230.35 | 0.00 | $16,705.20 |

4

Aspen Ranch
P.O. Box 369
Loa, UT 84747

# Statement

| Date |
|------|
| 3/1/2011 |



| To: |
|-----|
| LYNN R |
| R |
| |
| MERIDEN, CT    06451 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $22,043.73 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 02/18/2011 | INV #43840.<br>SCHOOL: BOOKS AND MATERIALS: JANUARY, 2011<br>— Supplies Expense, 1 @ $18.50 = 18.50 | 18.50 | 16,749.70 |
| 02/22/2011 | INV #43933.<br>JANUARY STUDENT GEAR: HYGIENE ITEMS & CLOTHING (Detail<br>can be e-mailed upon request)<br>— Student Expense, 1 @ $94.00 = 94.00 | 94.00 | 16,843.70 |
| 02/22/2011 | INV #43941.<br>JAN- TRI- ECHELON FITNESS - $25.00 PER VISIT<br>— Student Expense, 1 @ $200.00 = 200.00 | 200.00 | 17,043.70 |
| 02/24/2011 | INV #44037.<br>DR. BLACKHAM PSYCHIATRIC VISIT   1/15/11<br>— Student Expense, 1 @ $151.32 = 151.32 | 151.32 | 17,195.02 |
| 02/24/2011 | INV #44067.<br>OFF CAMPUS TRIP  "DRAPER STATE PRISON "   2/17/11<br>— Student Expense, 1 @ $13.71 = 13.71 | 13.71 | 17,208.73 |
| 02/28/2011 | PMT #Master Card. LYNN R | -2,300.00 | 14,908.73 |
| 03/01/2011 | INV #44137.<br>RESIDENTIAL TREATMENT TUITION FOR MARCH 2011<br>— Residential Treatment $8,382.00<br>— CONTRACT ADJUSTMENT by Director $-1,247.00 | 7,135.00 | 22,043.73 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|-----|-----|-----|-----|-----|
| 7,135.00 | 7,298.53 | 7,123.85 | 486.35 | 0.00 | $22,043.73 |

# Statement

Aspen Ranch
P.O. Box 369
Loa, UT 84747

| Date |
| --- |
| 5/1/2011 |

To:



LYNN R
R
MERIDEN, CT    06451

| Amount Due | Amount Enc. |
| --- | --- |
| $-6,638.27 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 02/28/2011 | Balance forward | | 14,908.73 |
| 03/01/2011 | INV #44137. | 7,135.00 | 22,043.73 |
| | RESIDENTIAL TREATMENT TUITION FOR MARCH 2011 | | |
| | --- Residential Treatment $8,382.00 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,247.00 | | |
| 03/02/2011 | PMT #Master Card. LYNN R | -395.00 | 21,648.73 |
| 03/02/2011 | PMT #Master Card. LYNN R | -400.00 | 21,248.73 |
| 03/08/2011 | PMT #Master Card. JGR LANDSCAPING | -350.00 | 20,898.73 |
| 03/08/2011 | PMT #Master Card. JGR LANDSCAPING | -420.00 | 20,478.73 |
| 03/15/2011 | INV #44164. | 200.00 | 20,678.73 |
| | FEBRUARY "TRI-ECHELON FITNESS"  $25.00 PER SESSION | | |
| | --- Student Expense, 8 @ $25.00 = 200.00 | | |
| 03/16/2011 | INV #44158. | 420.00 | 21,098.73 |
| | FAMILY ENRICHMENT WORKSHOP MARCH 16 - 18, 2011: JASON & LYNN | | |
| | --- PARENT WEEK $420.00 | | |
| 03/16/2011 | INV #44159. | 350.00 | 21,448.73 |
| | FAMILY ENRICHMENT WORKSHOP MARCH 16 - 18, 2011: JOSEPH RIBERIO | | |
| | --- PARENT WEEK $350.00 | | |
| 03/22/2011 | INV #44206. | 30.00 | 21,478.73 |
| | ESCORT TO:  WAYNE CLINIC   3/1/11 | | |
| | --- Escort Fees, 1 @ $30.00 = 30.00 | | |
| 03/22/2011 | INV #44211. | 20.00 | 21,498.73 |
| | ESCORT TO:  WAYNE CLINIC   3/3/11 | | |
| | --- Escort Fees, 1 @ $20.00 = 20.00 | | |
| 03/22/2011 | INV #44216. | 20.00 | 21,518.73 |
| | ESCORT TO:  WAYNE CLINIC   3/8/11 | | |
| | --- Escort Fees, 1 @ $20.00 = 20.00 | | |
| 03/22/2011 | INV #44220. | 100.00 | 21,618.73 |
| | ESCORT TO:  SEVIER VALLEY HOSPITAL   3/14/11 | | |
| | --- Escort Fees, 1 @ $100.00 = 100.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| -6,638.27 | 0.00 | 0.00 | 0.00 | 0.00 | $-6,638.27 |

# Statement

Aspen Ranch

P.O. Box 369
Loa, UT 84747

| Date |
| --- |
| 6/1/2011 |



To:

LYNN RYDER

MERIDEN, CT    06451

| Amount Due | Amount Enc. |
| --- | --- |
| $641.73 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 03/31/2011 | Balance forward | | 21,633.73 |
| 04/01/2011 | INV #45051. | 7,135.00 | 28,768.73 |
| | RESIDENTIAL TREATMENT TUITION FOR APRIL 2011 | | |
| | --- Residential Treatment $8,382.00 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,247.00 | | |
| 04/02/2011 | INV #44155. | 100.00 | 28,868.73 |
| | MARCH  TRI - ECHELON FITNESS  $25.00 PER SESSION | | |
| | --- Student Expense, 4 @ $25.00 = 100.00 | | |
| 04/14/2011 | PMT #EDU LOAN. BOLM - $100 DIFF FROM ORIGINAL RECORDED | -100.00 | 28,768.73 |
| 04/14/2011 | PMT #EDU LOAN. FROM BANK OF LAKE MILLS | -42,743.00 | -13,974.27 |
| 04/26/2011 | INV #45060. | 20.00 | -13,954.27 |
| | WAYNE COMMUNITY HEALTH CENTER    2/22/11 | | |
| | --- Student Expense, 1 @ $20.00 = 20.00 | | |
| 04/26/2011 | INV #45071. | 20.00 | -13,934.27 |
| | ESCORT TO:   WAYNE CLINIC   3/29/11 | | |
| | --- Escort Fees, 1 @ $20.00 = 20.00 | | |
| 04/26/2011 | INV #45072. | 16.00 | -13,918.27 |
| | ESCORT TO:   WAYNE CLINIC    3/31/11 | | |
| | --- Escort Fees, 1 @ $16.00 = 16.00 | | |
| 04/26/2011 | INV #45081. | 30.00 | -13,888.27 |
| | ESCORT TO:    WAYNE CLINIC    4/12/11 | | |
| | --- Escort Fees, 1 @ $30.00 = 30.00 | | |
| 04/26/2011 | INV #45082. | 15.00 | -13,873.27 |
| | ESCORT TO:  WAYNE CLINIC    4/14/11 | | |
| | --- Escort Fees, 1 @ $15.00 = 15.00 | | |
| 05/01/2011 | INV #45154. | 7,135.00 | -6,738.27 |
| | RESIDENTIAL TREATMENT TUITION FOR MAY 2011 | | |
| | --- Residential Treatment $8,382.00 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,247.00 | | |
| 05/02/2011 | INV #45303. | 120.00 | -6,618.27 |
| | PARENT EDUCATION WORKSHOP MARCH 22 - 25, 2011 | | |
| | --- PARENT WEEK $120.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 641.73 | 0.00 | 0.00 | 0.00 | 0.00 | $641.73 |

# Statement

Aspen Ranch
P.O. Box 369
Loa, UT 84747

| Date |
| --- |
| 6/1/2011 |

| To: |
| --- |
| LYNN RYDER |
| ~~KIMBERLY TAYLOR ANN~~ |
| MERIDEN, CT      06451 |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $641.73 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/12/2011 | INV #45180. | 125.00 | -6,493.27 |
| | APRIL  TRI - ECHELON FITNESS  $25.00 PER SESSION | | |
| | --- Student Expense, 5 @ $25.00 = 125.00 | | |
| 06/01/2011 | INV #45360. | 7,135.00 | 641.73 |
| | RESIDENTIAL TREATMENT TUITION FOR JUNE 2011 | | |
| | --- Residential Treatment $8,382.00 | | |
| | --- CONTRACT ADJUSTMENT by Director $-1,247.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 641.73 | 0.00 | 0.00 | 0.00 | 0.00 | $641.73 |

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 10/20/10 | $12,000.00 | $0.00 | $240.00 |

Account number: _____

$ _____

Make your check payable to:
Chase Card Services.
Please wr te amount enclosed.
New address or e-mail? Print on back.



43351 BEX Z 26610 C
WILLIAM I.
MERIDEN CT 06451-3931

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

## CHASE

 Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

Account Number: 4305 8730 8004 4294

| | |
|---|---|
| Previous Balance | $0.00 |
| Purchases | +$12,000.00 |
| New Balance | $12,000.00 |
| Opening/Closing Date | 08/24/10 - 09/23/10 |
| Total Credit Line | $18,800 |
| Available Credit | $6,800 |
| Cash Access Line | $15,040 |
| Available for Cash | $6,800 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $12,000.00 |
| Payment Due Date | 10/20/10 |
| Minimum Payment Due | $240.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 33 years | $25,031 |
| $406 | 3 years | $14,621 (Savings=$10,410) |

If you would like information about credit counseling services, call 1-866-797-2885.

### REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 1,502 |
| Points earned on purchases | 12,000 |
| New total points balance | 13,502 |

1,193 points to expire on statement date in March 2012

Thank you for using the credit card that rewards you points for your purchases!  We appreciate you choosing Chase for your financial needs - we are here to serve you. If you have any questions, do not hesitate to call us!

Your Free Cash credit card earns 1 point for every eligible $1 you spend on purchases.  Earn additional points - as much as 10 points per $1 shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card.  Why not get points for all those purchases too?  Redeem your points anytime, or just check out new offers at www.chase.com/rewards.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | **PURCHASES** | |
| 09/07 | ASPEN RANCH 435-836-2080 UT | 12,000.00 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account on or after January 31, 2010.

**This Statement is a Facsimile - Not an original**

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 01/20/11 | $19,588.16 | $0.00 | $391.00 |

Account number

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.



10875 IBEX Z 35710 D
WILLIAM J D
MERIDEN CT 06451-3931

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153



  

# CHASE ❖
# *freedom*®

🖥 **Manage your account online:**
www.chase.com/creditcards

**Additional contact information**
conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: 4305 8730 8064 4294

| | |
|---|---|
| Previous Balance | $11,602.33 |
| Payment, Credits | -$246.00 |
| Purchases | +$8,073.05 |
| Interest Charged | +$158.78 |
| New Balance | $19,588.16 |
| | |
| Opening/Closing Date | 11/24/10 - 12/23/10 |
| Total Credit Line | $18,600 |
| Available Credit | $0 |
| Cash Access Line | $15,040 |
| Available for Cash | $0 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $19,588.16 |
| Payment Due Date | 01/20/11 |
| Minimum Payment Due | $391.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 37 years | $40,961 |
| $663 | 3 years | $23,866 (Savings=$17,095) |

If you would like information about credit counseling services, call 1-866-797-2885.

**Important Message: You Are Overlimit!**
Your statement balance exceeds your credit line. You should make a payment that includes the overlimit amount to bring the balance under your credit line.

## CHASE FREEDOM:  ULTIMATE REWARDS℠ SUMMARY

| | |
|---|---|
| Previous points balance | 13,502 |
| Points earned on purchases | 8,074 |
| Bonus points from Ultimate Rewards Travel | 0 |
| Bonus points earned at Ultimate Rewards Mall | 0 |
| Current points balance | 21,576 |

Earn an unlimited 1% cash back on all your purchases. You'll earn a total of 5% Cash Back in quarterly bonus categories that change. Signing up is free and easy! 5% Cash Back categories are subject to a quarterly maximum. See full details at chase.com/freedom.

Redeeming your points for cash back is easy! For example, 2,000 points = $20 cash back. You can receive a check, statement credit, or even direct deposit into your Chase Checking account. Did you know that you can get a discount when you redeem your points for select gift cards?  Just visit www.chase.com/freedom to see all of your redemption options or call the number on the back of your card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | **PAYMENTS AND OTHER CREDITS** | |
| 12/18 | Payment - Thank You | -246.00 |
| | **PURCHASES** | |
| 12/08 | BRIAN FARM SEVICE CENTER LOA UT | 73.05 |
| 12/13 | ASPEN RANCH 435-836-2080 UT | 8,000.00 |
| | **INTEREST CHARGED** | |
| 12/23 | PURCHASE INTEREST CHARGE | 158.78 |
| | TOTAL INTEREST FOR THIS PERIOD | $158.78 |

**This Statement is a Facsimile - Not an original**



RYZTE
LYNN M R
BARRY M EICHENAUER
467 W MAIN ST
MERIDEN CT 06451-2706

**Statement of Accounts**

6500011019

**Statement Date**

October 31, 2010

**Total days in statement period**

31

**Direct Inquiries to:**
**CALL CENTER**
**1-800-894-0300**
**Peoples United Bank**
**566 West Main Street**
**Meriden CT 06451**

Back of Statement (Checking Account)
Back of Statement (CD or Savings)

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | 6500011019 | $1,107.60 |

## Business Advantage 6500011019

Average balance                    $3,355.27

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | $5,647.52 |
| 10-01 | Check 1393 | | $212.91- | $5,434.61 |
| 10-01 | Check 1398 | | $112.90- | $5,321.71 |
| 10-01 | Check 1399 | | $200.19- | $5,121.52 |
| 10-01 | #Nyce POS Purchase<br>POS Purchase Terminal 18140114<br>Target T1814 Am American UT<br>XXXXXXXXXXXX5598 | | $414.39- | $4,707.13 |
| 10-01 | #Nyce POS Purchase<br>POS Purchase Terminal 00000005<br>Kohl'S #0776 Draper UT<br>XXXXXXXXXXXX5598 | | $104.68- | $4,602.45 |
| 10-01 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Redbox *dvd Ren 866-733-2 IL<br>XXXXXXXXXXXX5598 | | $5.30- | $4,597.15 |
| 10-01 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Redbox *dvd Ren 866-733-2 IL<br>XXXXXXXXXXXX5598 | | $4.24- | $4,592.91 |
| 10-01 | #ACH Withdrawal<br>Paychex Payroll<br>101001 37170600001519X | | $438.26- | $4,154.65 |
| 10-01 | #Nyce Balance Inquiry<br>Balance Inquiry Terminal TG020706<br>608 W Main St. American UT<br>XXXXXXXXXXXX5598 | | $0.00- | $4,154.65 |
| 10-01 | #Service Charge<br>Network ATM | | $2.00- | $4,152.65 |

| 10-04 | Check 1300 | | $974.50- | $3,178.15 |
|---|---|---|---|---|
| 10-04 | Check 1305 | | $20.00- | $3,158.15 |
| 10-04 | #Nyce POS Credit/Adj<br>POS Deposit Terminal 18140124<br>Target T1814 Am American UT<br>XXXXXXXXXXXX5598 | $351.91 | | $3,510.06 |
| 10-04 | #Deposit | $1,500.00 | | $5,010.06 |
| 10-04 | #ACH Credit<br>Promac Credits<br>101004 | $412.72 | | $5,422.78 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>The Snuggle Inn Loa UT<br>XXXXXXXXXXXX5598 | | $154.30- | $5,268.48 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Avis Rent-A-Car Salt Lake UT<br>XXXXXXXXXXXX5598 | | $70.77- | $5,197.71 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Hotwire-Sales F 866-468-9 CA<br>XXXXXXXXXXXX5598 | | $58.31- | $5,139.40 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Paradies Hartfo Windsor L CT<br>XXXXXXXXXXXX5598 | | $55.18- | $5,084.22 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Southwes 080043597 TX<br>XXXXXXXXXXXX5598 | | $49.30- | $5,034.92 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Way Out West CO Denver CO<br>XXXXXXXXXXXX5598 | | $40.89- | $4,994.03 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Main Dick CLAR3 Salt Lake UT<br>XXXXXXXXXXXX5598 | | $23.29- | $4,970.74 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Texaco 0306170 Loa UT<br>XXXXXXXXXXXX5598 | | $18.32- | $4,952.42 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Hudson News - D Denver CO<br>XXXXXXXXXXXX5598 | | $16.11- | $4,936.31 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Chevron 0071309 Salt Lake UT<br>XXXXXXXXXXXX5598 | | $15.65- | $4,920.66 |
| 10-04 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Eagles Landing Scipio UT<br>XXXXXXXXXXXX5598 | | $13.33- | $4,907.33 |
| 10-04 | #ACH Withdrawal<br>Paychex Tps Taxes<br>101004 37172700020712X | | $182.36- | $4,724.97 |
| 10-04 | #ACH Withdrawal<br>Paychex Eib Invoice<br>101004 X37179500012518 | | $39.32- | $4,685.65 |
| 10-04 | #ACH Withdrawal<br>Bankcard Merch Fees<br>100930 | | $24.55- | $4,661.10 |

| Date | Description | | |
|---|---|---|---|
| 10-04 | #Nyce Balance Inquiry<br>Balance Inquiry Terminal SBR4R482<br>Salt Lake City AirPort Salt Lake UT<br>XXXXXXXXXXXX5598 | $0.00- | $4,661.10 |
| 10-04 | #Service Charge<br>Network ATM | $2.00- | $4,659.10 |
| 10-05 | Check 1035 | $605.51- | $4,053.59 |
| 10-05 | Check 1036 | $210.78- | $3,842.81 |
| 10-05 | #ACH Credit<br>Promac Credits<br>101005 | $912.92 | $4,755.73 |
| 10-05 | #Nyce POS Purchase<br>POS Purchase Terminal 23710018<br>Wal-Mart Super Wallingfo CT<br>XXXXXXXXXXXX5598 | $153.97- | $4,601.76 |
| 10-05 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Roncari Express Windsor L CT<br>XXXXXXXXXXXX5598 | $46.48- | $4,555.28 |
| 10-05 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Red Lion Hotel Denver CO<br>XXXXXXXXXXXX5598 | $46.45- | $4,508.83 |
| 10-06 | Check 1037 | $240.31- | $4,268.52 |
| 10-06 | Check 1038 | $581.36- | $3,687.16 |
| 10-06 | #Deposit | $1,508.06 | $5,195.22 |
| 10-06 | #ACH Credit<br>Promac Credits<br>101006 | $515.43 | $5,710.65 |
| 10-06 | #Nyce POS Purchase<br>POS Purchase Terminal 05931602<br>The Warehouse S Waterbury CT<br>XXXXXXXXXXXX5598 | $99.11- | $5,611.54 |
| 10-06 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Deluxa Design New Brita CT<br>XXXXXXXXXXXX5598 | $50.00- | $5,561.54 |
| 10-06 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Maring Photogra Wallingfo CT<br>XXXXXXXXXXXX5598 | $35.00- | $5,526.54 |
| 10-07 | Check 1302 | $175.00- | $5,351.54 |
| 10-07 | #ACH Credit<br>Promac Credits<br>101007 | $128.77 | $5,480.31 |
| 10-07 | #Analyzed S/C<br>Analysis Activity<br>For 09/10 | $21.30- | $5,459.01 |
| 10-07 | #ACH Withdrawal<br>Bluepay,Inc. 8667398324<br>101006 100051675679 | $188.63- | $5,270.38 |
| 10-08 | Check 1039 | $194.00- | $5,076.38 |
| 10-08 | Check 1275 | $428.04- | $4,648.34 |
| 10-08 | Check 1277 | $750.00- | $3,898.34 |
| 10-08 | Check 1280 | $227.00- | $3,671.34 |
| 10-08 | #Deposit | $1,150.00 | $4,821.34 |
| 10-08 | #Checking Deposit | $18.86 | $4,840.20 |
| 10-08 | | $313.46 | $5,153.66 |

|  |  | | |
|---|---|---|---|
|  | #ACH Credit<br>Promac Credits<br>101008 |  |  |
| 10-08 | #ATM Withdrawal<br>Cash Withdrawal Terminal D614<br>566 West Main St Meriden CT<br>XXXXXXXXXXXX5598 | $100.00- | $5,053.66 |
| 10-08 | #ACH Withdrawal<br>Cl&p - DD Plan Util Pymt<br>101008 | $400.00- | $4,653.66 |
| 10-12 | Check 1285 | $1,000.00- | $3,653.66 |
| 10-12 | #Deposit | $1,920.00 | $5,573.66 |
| 10-12 | #Deposit | $1,170.00 | $6,743.66 |
| 10-12 | #ACH Credit<br>Promac Credits<br>101012 | $69.65 | $6,813.31 |
| 10-12 | #Nyce POS Purchase<br>POS Purchase Terminal 45169401<br>Family Dollar # Meriden CT<br>XXXXXXXXXXXX5598 | $13.30- | $6,800.01 |
| 10-12 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Aspen Ranch 043583620 UT<br>XXXXXXXXXXXX5598 | $2,000.00- | $4,800.01 |
| 10-12 | #ACH Withdrawal<br>Paychex Payroll<br>101012 37296200000952X | $474.52- | $4,325.49 |
| 10-12 | #ACH Withdrawal<br>Paychex Tps Taxes<br>101012 37295000001148X | $187.91- | $4,137.58 |
| 10-12 | #ACH Withdrawal<br>Paychex Eib Invoice<br>101012 X37300000002754 | $46.65- | $4,090.93 |
| 10-13 | Check 1042 | $1,086.37- | $3,004.56 |
| 10-13 | Check 1273 | $211.91- | $2,792.65 |
| 10-13 | Check 1278 | $111.60- | $2,681.05 |
| 10-13 | Check 1279 | $112.80- | $2,568.25 |
| 10-13 | #ACH Credit<br>Promac Credits<br>101013 | $650.46 | $3,218.71 |
| 10-13 | #Nyce ATM Withdrawal<br>Cash Withdrawal Terminal TX30671<br>583 W. Main Street Meriden CT<br>XXXXXXXXXXXX5598 | $60.00- | $3,158.71 |
| 10-13 | #Service Charge<br>Network ATM | $2.00- | $3,156.71 |
| 10-13 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Stop & Shop Fue Meriden CT<br>XXXXXXXXXXXX5598 | $20.01- | $3,136.70 |
| 10-13 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Dunkin #340904 Meriden CT<br>XXXXXXXXXXXX5598 | $7.39- | $3,129.31 |
| 10-13 | #Ntwk ATM Surcharge<br>Surcharge Amount Terminal TX30671<br>583 W. Main Street Meriden CT<br>XXXXXXXXXXXX5598 | $1.75- | $3,127.56 |
| 10-14 | Check 1043 | $880.92- | $2,246.64 |
| 10-14 | #Deposit | $761.00 | $3,007.64 |

| Date | Description | | |
|---|---|---|---|
| 10-14 | #ACH Credit<br>Promac Credits<br>101014 | $46.38 | | $3,054.02 |
| 10-14 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Endless Summer Meriden CT<br>XXXXXXXXXXXX5598 | | $110.19- | $2,943.83 |
| 10-15 | Check 1040 | | $138.94- | $2,804.89 |
| 10-15 | Check 1041 | | $578.00- | $2,226.89 |
| 10-15 | Check 1268 | | $589.58- | $1,637.31 |
| 10-15 | Check 1270 | | $681.97- | $955.34 |
| 10-15 | #Deposit | $680.00 | | $1,635.34 |
| 10-15 | #ACH Credit<br>Promac Credits<br>101015 | $190.00 | | $1,825.34 |
| 10-18 | Check 1044 | | $106.06- | $1,719.28 |
| 10-18 | Check 1266 | | $44.93- | $1,674.35 |
| 10-18 | Check 1267 | | $118.80- | $1,555.55 |
| 10-18 | Check 1269 | | $540.24- | $1,015.31 |
| 10-18 | #Deposit | $3,040.78 | | $4,056.09 |
| 10-18 | #ACH Credit<br>Promac Credits<br>101018 | $131.48 | | $4,187.57 |
| 10-18 | #ATM Withdrawal<br>Cash Withdrawal Terminal D614<br>566 West Main St Meriden CT<br>XXXXXXXXXXXX5598 | | $200.00- | $3,987.57 |
| 10-18 | #Nyce POS Purchase<br>POS Purchase Terminal 00000006<br>Kohl'S #0407 Wallingfo CT<br>XXXXXXXXXXXX5598 | | $105.96- | $3,881.61 |
| 10-18 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Aspen Ranch 043583620 UT<br>XXXXXXXXXXXX5598 | | $1,000.00- | $2,881.61 |
| 10-18 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Stop & Shop Fue Meriden CT<br>XXXXXXXXXXXX5598 | | $20.01- | $2,861.60 |
| 10-18 | #ACH Withdrawal<br>Paychex Payroll<br>101018 37381600000963X | | $579.40- | $2,282.20 |
| 10-18 | #ACH Withdrawal<br>Paychex Tps Taxes<br>101018 37383200001178X | | $250.74- | $2,031.46 |
| 10-19 | Check 1261 | | $161.23- | $1,870.23 |
| 10-19 | Check 1262 | | $104.10- | $1,766.13 |
| 10-19 | Check 1265 | | $335.95- | $1,430.18 |
| 10-19 | #Deposit | $200.00 | | $1,630.18 |
| 10-19 | #ACH Credit<br>Promac Credits<br>101019 | $1,411.97 | | $3,042.15 |
| 10-19 | #ACH Withdrawal<br>Paychex Eib Invoice<br>101019 X37387900000186 | | $41.56- | $3,000.59 |
| 10-20 | Check 1263 | | $1,085.51- | $1,915.08 |
| 10-20 | #Deposit | $4,030.00 | | $5,945.08 |

| | | | | |
|---|---|---|---|---|
| 10-20 | #Deposit | | $106.11 | $6,051.19 |
| 10-20 | #ACH Credit<br>Promac Credits<br>101020 | $493.98 | | $6,545.17 |
| 10-20 | #Nyce POS Purchase<br>POS Purchase Terminal 13730079<br>Target T1373 ME Meriden CT<br>XXXXXXXXXXXX5598 | | $114.47- | $6,430.70 |
| 10-20 | #Nyce POS Purchase<br>POS Purchase Terminal 68633101<br>Shell Service S Meriden CT<br>XXXXXXXXXXXX5598 | | $42.00- | $6,388.70 |
| 10-20 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101020 423046910010082 | | $200.00- | $6,188.70 |
| 10-20 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101020 423046910010082 | | $200.00- | $5,988.70 |
| 10-20 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101020 423046910010082 | | $200.00- | $5,788.70 |
| 10-20 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101020 423046910010082 | | $100.00- | $5,688.70 |
| 10-21 | Check 1257 | | $1,626.60- | $4,062.10 |
| 10-21 | Check 1259 | | $304.96- | $3,757.14 |
| 10-21 | Check 1260 | | $212.90- | $3,544.24 |
| 10-21 | #ACH Credit<br>Promac Credits<br>101021 | $168.20 | | $3,712.44 |
| 10-21 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>I Party #39 Wallingfo CT<br>XXXXXXXXXXXX5598 | | $78.64- | $3,633.80 |
| 10-21 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Brian Farm Sevi Loa UT<br>XXXXXXXXXXXX5598 | | $52.96- | $3,580.84 |
| 10-21 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Spirit Hallowee Meriden CT<br>XXXXXXXXXXXX5598 | | $38.14- | $3,542.70 |
| 10-21 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Inf*busnescredi 402-537-7 NE<br>XXXXXXXXXXXX5598 | | $14.95- | $3,527.75 |
| 10-21 | #ACH Withdrawal<br>Cl&p - DD Plan Util Pymt<br>101021 | | $253.65- | $3,274.10 |
| 10-22 | Check 1254 | | $75.00- | $3,199.10 |
| 10-22 | Check 1264 | | $800.00- | $2,399.10 |
| 10-22 | Check 1271 | | $100.00- | $2,299.10 |
| 10-22 | #ACH Credit<br>Promac Credits<br>101022 | $105.84 | | $2,404.94 |
| 10-22 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Your Business C Las Vegas NV<br>XXXXXXXXXXXX5598 | | $297.00- | $2,107.94 |
| 10-22 | | | $199.95- | $1,907.99 |

|       |                                                                                                                 |           |           |           |
|-------|-----------------------------------------------------------------------------------------------------------------|-----------|-----------|-----------|
|       | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Palo Alto Softw 054128412 OR<br>XXXXXXXXXXXX5598    |           |           |           |
| 10-25 | Check 1025                                                                                                       |           | $429.32-  | $1,478.67 |
| 10-25 | Check 1251                                                                                                       |           | $750.00-  | $728.67   |
| 10-25 | #Deposit                                                                                                        | $1,857.80 |           | $2,586.47 |
| 10-25 | #Deposit                                                                                                        | $1,785.62 |           | $4,372.09 |
| 10-25 | #ACH Credit<br>Promac Credits<br>101025                                                                         | $125.90   |           | $4,497.99 |
| 10-25 | #Nyce ATM Withdrawal<br>Cash Withdrawal Terminal SE272742<br>329 Chamberlan Hwy Meriden CT<br>XXXXXXXXXXXX5598  |           | $60.00-   | $4,437.99 |
| 10-25 | #Service Charge<br>Network ATM                                                                                  |           | $2.00-    | $4,435.99 |
| 10-25 | #Nyce POS Purchase<br>POS Purchase Terminal 23710003<br>Wal-Mart Super Wallingfo CT<br>XXXXXXXXXXXX5598        |           | $96.70-   | $4,339.29 |
| 10-25 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Connucopia Gift Farmingto CT<br>XXXXXXXXXXXX5598    |           | $10.99-   | $4,328.30 |
| 10-25 | #Ntwk ATM Surcharge<br>Surcharge Amount Terminal SE272742<br>329 Chamberlan Hwy Meriden CT<br>XXXXXXXXXXXX5598 |           | $2.00-    | $4,326.30 |
| 10-26 | Check 1045                                                                                                       |           | $364.85-  | $3,961.45 |
| 10-26 | Check 1247                                                                                                       |           | $106.67-  | $3,854.78 |
| 10-26 | Check 1252                                                                                                       |           | $220.31-  | $3,634.47 |
| 10-26 | #Deposit                                                                                                        | $398.00   |           | $4,032.47 |
| 10-26 | #ACH Credit<br>Promac Credits<br>101026                                                                         | $590.98   |           | $4,623.45 |
| 10-26 | #ACH Withdrawal<br>Paychex Payroll<br>101026 37483100001539X                                                   |           | $543.22-  | $4,080.23 |
| 10-26 | #ACH Withdrawal<br>Paychex Tps Taxes<br>101026 37484800000740X                                                 |           | $196.83-  | $3,883.40 |
| 10-27 | Check 1249                                                                                                       |           | $358.18-  | $3,525.22 |
| 10-27 | #Deposit                                                                                                        | $586.00   |           | $4,111.22 |
| 10-27 | #ACH Credit<br>Promac Credits<br>101027                                                                         | $189.18   |           | $4,300.40 |
| 10-27 | #Nyce ATM Withdrawal<br>Cash Withdrawal Terminal LK631064<br>467 W. Main St. Meriden CT<br>XXXXXXXXXXXX5598    |           | $200.00-  | $4,100.40 |
| 10-27 | #Service Charge<br>Network ATM                                                                                  |           | $2.00-    | $4,098.40 |
| 10-27 | #Nyce POS Purchase<br>POS Purchase Terminal 00103949<br>Staples, Inc. Wallingfo CT<br>XXXXXXXXXXXX5598         |           | $62.47-   | $4,035.93 |
| 10-27 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678                                                         |           | $213.99-  | $3,821.94 |

Km-Pcmpharmacy. Scottsdal AZ
XXXXXXXXXXXX5598

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 10-27 | #Ntwk ATM Surcharge<br>Surcharge Amount Terminal LK631064<br>467 W. Main St. Meriden CT<br>XXXXXXXXXXXX5598 | | $2.00- | $3,819.94 |
| 10-27 | #ACH Withdrawal<br>Cl&p - DD Plan Util Pymt<br>101027 | | $300.00- | $3,519.94 |
| 10-27 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101027 423046910010082 | | $150.00- | $3,369.94 |
| 10-27 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101027 423046910010082 | | $150.00- | $3,219.94 |
| 10-27 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101027 423046910010082 | | $100.00- | $3,119.94 |
| 10-27 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101027 423046910010082 | | $100.00- | $3,019.94 |
| 10-27 | #ACH Withdrawal<br>Paychex Eib Invoice<br>101027 X37493900012315 | | $41.56- | $2,978.38 |
| 10-28 | Check 1241 | | $265.00- | $2,713.38 |
| 10-28 | #Deposit | $394.69 | | $3,108.07 |
| 10-28 | #ACH Credit<br>Promac Credits<br>101028 | $94.02 | | $3,202.09 |
| 10-28 | #Mastermoney Purchase<br>POS Purchase Terminal 12345678<br>Brio Westfarms Farmingto CT<br>XXXXXXXXXXXX5598 | | $94.18- | $3,107.91 |
| 10-29 | Check 1242 | | $99.00- | $3,008.91 |
| 10-29 | Check 1246 | | $384.96- | $2,623.95 |
| 10-29 | Check 1250 | | $1,000.00- | $1,623.95 |
| 10-29 | #Deposit | $1,000.00 | | $2,623.95 |
| 10-29 | #ACH Credit<br>Promac Credits<br>101029 | $71.65 | | $2,695.60 |
| 10-29 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101029 423046910010082 | | $1,188.00- | $1,507.60 |
| 10-29 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101029 423046910010082 | | $100.00- | $1,407.60 |
| 10-29 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101029 423046910010082 | | $100.00- | $1,307.60 |
| 10-29 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101029 423046910010082 | | $100.00- | $1,207.60 |
| 10-29 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101029 423046910010082 | | $50.00- | $1,157.60 |
| 10-29 | #ACH Withdrawal<br>CT Dor Payment Bus Dirpay<br>101029 423046910010082 | | $50.00- | $1,107.60 |
| 10-31 | Ending totals | $29,081.82 | $33,621.74- | $1,107.60 |

OVERDRAFT/RETURN ITEM FEES

|  | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $102.00 |
| Total Returned Item Fees | $0.00 | $102.00 |

48 Enclosures

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1045 | October 25, 2010 | $429.32- | 1249 * | October 27, 2010 | $358.18- | 1269 | October 18, 2010 | $540.24- |
| 1035 * | October 05, 2010 | $605.51- | 1250 | October 29, 2010 | $1,000.00- | 1270 | October 15, 2010 | $681.97- |
| 1036 | October 05, 2010 | $210.78- | 1252 * | October 26, 2010 | $220.31- | 1271 | October 22, 2010 | $100.00- |
| 1037 | October 06, 2010 | $240.31- | 1253 | October 25, 2010 | $750.00- | 1273 * | October 13, 2010 | $211.91- |
| 1038 | October 06, 2010 | $581.36- | 1254 | October 22, 2010 | $75.00- | 1275 * | October 08, 2010 | $428.04- |
| 1039 | October 08, 2010 | $194.00- | 1257 * | October 21, 2010 | $1,626.60- | 1277 * | October 08, 2010 | $750.00- |
| 1040 | October 15, 2010 | $138.94- | 1259 * | October 21, 2010 | $304.96- | 1278 | October 13, 2010 | $111.60- |
| 1041 | October 15, 2010 | $578.00- | 1260 | October 21, 2010 | $212.90- | 1279 | October 13, 2010 | $112.80- |
| 1042 | October 13, 2010 | $1,086.37- | 1261 | October 19, 2010 | $161.23- | 1280 | October 08, 2010 | $227.00- |
| 1043 | October 14, 2010 | $880.92- | 1262 | October 19, 2010 | $104.10- | 1295 * | October 12, 2010 | $1,000.00- |
| 1044 | October 18, 2010 | $106.06- | 1263 | October 20, 2010 | $1,085.51- | 1300 * | October 04, 2010 | $974.50- |
| 1045 | October 26, 2010 | $364.85- | 1264 | October 22, 2010 | $800.00- | 1302 * | October 07, 2010 | $175.00- |
| 1241 * | October 28, 2010 | $265.00- | 1265 | October 19, 2010 | $335.95- | 1303 | October 01, 2010 | $212.91- |
| 1242 | October 29, 2010 | $99.00- | 1266 | October 18, 2010 | $44.93- | 1305 * | October 04, 2010 | $20.00- |
| 1246 * | October 29, 2010 | $384.96- | 1267 | October 18, 2010 | $118.80- | 1306 * | October 01, 2010 | $112.90- |
| 1247 | October 26, 2010 | $106.67- | 1268 | October 15, 2010 | $589.58- | 1309 | October 01, 2010 | $200.19- |

* Skip in check sequence