Exhibit E



ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT  84747
(435) 836-2080

CNTL # ... 0862
5 FED TAX NO  20-0035035  6 STATEMENT COVERS PERIOD  FROM 07/09/2010  THROUGH 07/31/2010

8 PATIENT NAME  R...  9 PATIENT ADDRESS  b MERIDEN  c CT  d 06451

10 BIRTHDATE 07/17/1995  11 SEX F  12 DATE 7/9/10  ADMISSION 13 HR  14 TYPE 3  15 SRC 9  16 DHR  17 STAT 30

CONDITION CODES

31 OCCURRENCE CODE / DATE   32 OCCURRENCE CODE / DATE   33 OCCURRENCE CODE / DATE   34 OCCURRENCE CODE / DATE   35 OCCURRENCE SPAN FROM THROUGH   36 OCCURRENCE SPAN FROM THROUGH   37

VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

39 VALUE CODES  40 VALUE CODES  41 VALUE CODES

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 07/09/2010 | 23 | 7475 00 | | |

PAGE 1 OF 1   CREATION DATE 03/14/2011   TOTALS ▶   7475 00

50 PAYER NAME  VALUEOPTIONS   51 HEALTH PLAN ID   52 REL Y   53 ASG Y   54 PRIOR PAYMENTS 0 00   55 EST. AMOUNT DUE 7475 00   56 NPI 1649482241   57 OTHER PRV ID

58 INSURED'S NAME  R... JOSEPH   59 P. REL 19   60 INSURED'S UNIQUE ID   61 GROUP NAME   62 INSURANCE GROUP NO

63 TREATMENT AUTHORIZATION CODES   64 DOCUMENT CONTROL NUMBER   65 EMPLOYER NAME

66 DX 296.32   300.00   314.01   V62.82   V61.20   68

69 ADMIT DX 296.32   70 PATIENT REASON DX   71 PPS CODE   72 ECI

74 PRINCIPAL PROCEDURE CODE / DATE   OTHER PROCEDURE CODE / DATE   OTHER PROCEDURE CODE / DATE   75   76 ATTENDING NPI 1912108242  QUAL  LAST MCELROY  FIRST BETTY

OTHER PROCEDURE CODE / DATE   d. OTHER PROCEDURE CODE / DATE   e OTHER PROCEDURE CODE / DATE   77 OPERATING NPI  QUAL  LAST  FIRST

78 OTHER  NPI  QUAL  LAST  FIRST

80 REMARKS   CORRECTED BILLING   Gender   79 OTHER  NPI  QUAL  LAST  FIRST

81CC a b c d

2020
UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC ... 1FP24294485   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Riberi...000099



ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT 84747
(435) 836-2080

8 PATIENT NAME    R█████, T█████
9 PATIENT ADDRESS   MERIDEN    CT   06451

CNTL #    0863
5 FED. TAX NO   20-0035035
STATEMENT COVERS PERIOD  FROM 08/01/2010  THROUGH 08/31/2010

10 BIRTHDATE 07/17/1995   11 SEX F   12 DATE 7/9/10   13 HR   14 TYPE 3   15 SRC 9   16 DHR   17 STAT 30

CONDITION CODES

38
VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 08/01/2010 | 31 | 10075 00 | | |

PAGE 1 OF 1    CREATION DATE 03/14/2011   TOTALS   10075 00

50 PAYER NAME   VALUEOPTIONS
51 HEALTH PLAN ID
52 REL INFO Y   53 ASG BEN Y   54 PRIOR PAYMENTS 0 00   55 EST. AMOUNT DUE 10075 00   56 NPI 1649482241
57 OTHER PRV ID

58 INSURED'S NAME   R█████ JOSEPH   59 P.REL 19   60 INSURED'S UNIQUE ID
61 GROUP NAME    62 INSURANCE GROUP NO.

63 TREATMENT AUTHORIZATION CODES    64 DOCUMENT CONTROL NUMBER    65 EMPLOYER NAME

66 DX 296.32 300.00 314.01 V62.82 V61.20
69 ADMIT DX 296.32   70 PATIENT REASON DX   71 PPS CODE   72 ECI

74 PRINCIPAL PROCEDURE CODE DATE   OTHER PROCEDURE CODE DATE   OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1912108242   LAST MCELROY   FIRST BETTY
77 OPERATING   NPI   LAST   FIRST
78 OTHER   NPI   LAST   FIRST
79 OTHER   NPI   LAST   FIRST

80 REMARKS
CORRECTED BILLING
2071 Wrong Gender

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    UB04L    NUBC ™ TFP2394485    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

R█████000100



ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT 84747
(435) 836-2080

3b MED REC. # _____  4 TYPE OF BILL 0863
5 FED TAX NO 20-0035035  6 STATEMENT COVERS PERIOD FROM 09/01/2010 THROUGH 09/30/2010

8 PATIENT NAME  b R_____ T_____
9 PATIENT ADDRESS  MERIDEN  c CT  06451

10 BIRTHDATE 07/17/1995  11 SEX F  12 DATE 7/9/10  13 HR  14 TYPE 3  15 SRC 9  16 DHR  17 STAT 30  CONDITION CODES  29 ACDT STATE

36  VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 09/01/2010 | 30 | 9750 00 | | |

PAGE 1 OF 1   CREATION DATE 03/14/2011   TOTALS   9750 00

56 NPI 1649482241

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 9750 00 | 57 OTHER PRV ID |

58 INSURED'S NAME  R_____  JOSEPH
59 P.REL 19  60 INSURED'S UNIQUE ID
61 GROUP NAME
62 INSURANCE GROUP NO.

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | 68 |
|---|---|---|---|---|---|---|---|

69 ADMIT DX 296.32   70 PATIENT REASON DX   71 PPS CODE   72 ECI

74 PRINCIPAL PROCEDURE CODE / DATE   OTHER PROCEDURE CODE / DATE   OTHER PROCEDURE CODE / DATE

76 ATTENDING NPI 1912108242  QUAL
LAST MCELROY  FIRST BETTY

77 OPERATING NPI
LAST  FIRST

78 OTHER NPI  QUAL
LAST  FIRST

79 OTHER NPI  QUAL
LAST  FIRST

80 REMARKS
Wrong Gender
CORRECTED BILLING

2932
UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC ___ TFP24394485   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Riberd 000101 

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA,UT 84747
(435) 836-2080

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | ONE | | | 0863 |
| | | | | | b.MED. REC.# | | | |
| | | | | 5 FED TAX NO | | 6 STATEMENT COVERS PERIOD | | |
| | | | | 20-0035035 | | FROM 10/01/2010 | THROUGH 10/31/2010 | |

| 8 PATIENT NAME | a | | 9 PATIENT ADDRESS | a | | | | |
|---|---|---|---|---|---|---|---|---|
| b R████ TAYLOR | | b MERIDEN | | | | c CT | d 06451 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/1995 | F | 7/9/10 | | 3 | 9 | | 30 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE CODE | SPAN FROM | THROUGH | 36 OCCURRENCE CODE | SPAN FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

| 38 | | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|---|
| VALUEOPTIONS PO BOX 1860 LATHAM , NY 12110-1860 | a b c d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| .001 | BH R&B RES/PSYCH | 325.00 | 10/01/2010 | 31 | 10075 00 | | |
| | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PAGE 1 OF 1 | | CREATION DATE 03/14/2011 | TOTALS ➤ | 10075 00 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649482241 | |
|---|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 10075 00 | 57 OTHER PRV ID | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| R████ JOSEPH | 19 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | |

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 67 | | | | | | | | |

| 69 ADMIT DX 296.32 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE CODE | DATE | a. | OTHER PROCEDURE CODE | DATE | b. | OTHER PROCEDURE CODE | DATE | 75 | 76 ATTENDING NPI 1912108242 | QUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LAST MCELROY   FIRST BETTY | |
| c. | OTHER PROCEDURE CODE | DATE | d. | OTHER PROCEDURE CODE | DATE | e. | OTHER PROCEDURE CODE | DATE | | 77 OPERATING NPI | QUAL |
| | | | | | | | | | | LAST   FIRST | |

| 80 REMARKS | 81CC a | | | 78 OTHER NPI | QUAL |
|---|---|---|---|---|---|
| Wrong Gender CORRECTED BILLING | b c d | | | LAST   FIRST 79 OTHER NPI   QUAL LAST   FIRST | |

UB-04 CMS-1450          APPROVED OMB NO. 0938-0997          UB04L          NUBC™ TFP2494485          THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

R████ 000102

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT 84747
(435) 836-2080

TYPE OF BILL 0863

| b PATIENT NAME | | 9 PATIENT ADDRESS |
|---|---|---|
| b ▓▓▓▓ T | b MERIDEN | c CT d 06451 e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT |
|---|---|---|---|---|---|---|---|
| 07/17/1995 | F | 7/9/10 | | 3 | 9 | | 30 |

5 FED. TAX NO.
20-0035035

8 STATEMENT COVERS PERIOD
FROM 11/01/2010  THROUGH 11/30/2010

38
VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0001 | BH R&B RES/PSYCH | 325.00 | 11/01/2010 | 30 | 9750 00 | |

PAGE 1 OF 1    CREATION DATE 03/14/2011   TOTALS   9750 00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649482241 |
|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 9750 00 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| ▓▓▓▓ JOSEPH | 19 | ▓▓▓▓ | | |

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 |
|---|---|---|---|---|---|

| 69 ADMIT DX | 296.32 | 70 PATIENT REASON DX |
|---|---|---|

| 70 ATTENDING | NPI 1912108242 | QUAL |
|---|---|---|
| | LAST MCELROY | FIRST BETTY |

80 REMARKS

CORRECTED BILLING
Wrong Gender

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC™   TFP24384485   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

▓▓▓▓000103

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA,UT 84747
(435) 836-2080

| CNTL # | | U803 |
|---|---|---|
| b MED REC # | | |
| 5 FED TAX NO | 6 STATEMENT COVERS PERIOD FROM / THROUGH | |
| 20-0035035 | 12/01/2010 12/31/2010 | |

8 PATIENT NAME ▮ — MERIDEN ▮ CT ▮ 06451

9 PATIENT ADDRESS

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | CONDITION CODES 18 19 20 21 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|
| 07/17/1995 | F | 7/9/10 | 3   9 | | 30 | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|

38
VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

| 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|
| a | | |
| b | | |
| c | | |
| d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0001 | BH R&B RES/PSYCH | 325.00 | 12/01/2010 | 31 | 10075 00 | | |
| | PAGE 1 OF 1 | CREATION DATE 03/14/2011 | TOTALS ▶ | | 10075 00 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649482241 |
|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 10075 00 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| ▮ JOSEPH | 19 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX 296.32 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |

| 74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 76 ATTENDING NPI 1912108242 QUAL |
|---|---|---|---|
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | LAST MCELROY FIRST BETTY |
| | | | 77 OPER-TING NPI QUAL |
| | | | LAST FIRST |

| 80 REMARKS | 81CC a | 78 OTHER NPI QUAL |
|---|---|---|
| CORRECTED BILLING | b | LAST FIRST |
| 2073  Wrong Gender | c | 79 OTHER NPI QUAL |
| | d | LAST FIRST |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC™ ... TFP24394485   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

▮000104

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT  84747
(435) 836-2080

CNTL # [redacted]

TYPE OF BILL
0863

b. MED REC #
5 FED. TAX NO
20-0035035

6 STATEMENT COVERS PERIOD
FROM 01/01/2011  THROUGH 01/31/2011

8 PATIENT NAME
b. R[redacted]T

9 PATIENT ADDRESS
MERIDEN    c CT  d 06451

10 BIRTHDATE 07/17/1995   11 SEX F   12 DATE 7/9/10   13 HR   14 TYPE 3   15 SRC 9   16 DHR   17 STAT 30   18 19 20 21 22 23 24 25 26 27 28   29 ACDT STATE 30

31 OCCURRENCE CODE/DATE  32 OCCURRENCE CODE/DATE  33 OCCURRENCE CODE/DATE  34 OCCURRENCE CODE/DATE  35 OCCURRENCE SPAN CODE FROM THROUGH  36 OCCURRENCE SPAN CODE FROM THROUGH  37

38
VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

39 VALUE CODES CODE AMOUNT  40 VALUE CODES CODE AMOUNT  41 VALUE CODES CODE AMOUNT
a
b
c
d

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 01/01/2011 | 31 | 10075 00 | | |

PAGE 1 OF 1    CREATION DATE 03/14/2011    TOTALS    10075 00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649482241 |
|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 10075 00 | 57 OTHER PRV ID |

58 INSURED'S NAME
R[redacted] JOSEPH   59 P.REL 19   60 INSURED'S UNIQUE ID [redacted]   61 GROUP NAME   62 INSURANCE GROUP NO.

63 TREATMENT AUTHORIZATION CODES   64 DOCUMENT CONTROL NUMBER   65 EMPLOYER NAME

66 DX 296.32  300.00  314.01  V62.82  V61.20   69

69 ADMIT DX 296.32   70 PATIENT REASON DX   71 PPS CODE   72 ECI   73

74 PRINCIPAL PROCEDURE CODE/DATE  a. OTHER PROCEDURE CODE/DATE  b. OTHER PROCEDURE CODE/DATE   75   76 ATTENDING NPI 1912108242   QUAL
LAST MCELROY   FIRST BETTY

c. OTHER PROCEDURE CODE/DATE  d. OTHER PROCEDURE CODE/DATE  e. OTHER PROCEDURE CODE/DATE   77 OPERATING NPI   QUAL
LAST   FIRST

80 REMARKS
CORRECTED BILLING
Wrong Gender

81 CC
a
b
c
d

78 OTHER NPI   QUAL
LAST   FIRST
79 OTHER NPI   QUAL
LAST   FIRST

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC™   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

[redacted]000105

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT 84747
(435) 836-2080

CNTL # ▓▓▓▓▓▓▓▓
b. MED.
REC. #

0863

5 FED. TAX NO.
20-0035035

6 STATEMENT COVERS PERIOD
FROM 02/01/2011  THROUGH 02/28/2011

8 PATIENT NAME  a. ▓▓▓▓▓ ▓▓▓▓ b.

9 PATIENT ADDRESS  a. ▓▓ ▓▓▓▓▓ ▓▓▓▓▓

b. MERIDEN  c. CT  d. 06451  e.

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/1995 | F | 7/9/10 | 3 | 9 | | 30 | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |

38
VALUEOPTIONS
PO BOX 1860
LATHAM, NY 12110-1860

| | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 02/01/2011 | 28 | 9100 00 | | |

PAGE 1 OF 1   CREATION DATE 03/14/2011   TOTALS ▶   9100 00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649482241 |
|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 9100 00 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| ▓▓▓▓▓ JOSEPH | 19 | ▓▓▓▓2185▓▓ | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |

| 66 DX 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | 68 |

| 69 ADMIT DX 296.32 | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI | 73 |

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1912108242   QUAL |
|---|---|---|---|---|
| | | | | LAST MCELROY   FIRST BETTY |

| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | 77 OPERATING NPI   QUAL |
|---|---|---|---|
| | | | LAST   FIRST |

80 REMARKS

| 81CC | a | b | c | d |

| 78 OTHER NPI   QUAL |
| LAST   FIRST |
| 79 OTHER NPI   QUAL |
| LAST   FIRST |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC ® ™ TFP24394485   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Riberio 000106

| 1 ASPEN RANCH<br>2000 WEST DRY VALLEY RD<br>LOA,UT  84747<br>(435) 836-2080 | 2 | | | | | 3a PAT<br>CNTL #<br>b. MED<br>REC # | | | 4 TYPE<br>OF BILL<br>0863 |

5 FED TAX NO. **20-0035035**    6 STATEMENT COVERS PERIOD   FROM **03/01/2011**  THROUGH **03/31/2011**

| 8 PATIENT NAME | a | | 9 PATIENT ADDRESS | a | | | | |
| b R——— | | | b MERIDEN | | | c CT | d 06451 | e |

| 10 BIRTHDATE | 11 SEX | 12   DATE | ADMISSION<br>13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES<br>22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT<br>STATE | 30 |
| 07/17/1995 | F | 7/9/10 | | 3 | 9 | | 30 | | | | | | | | | | | | | |

| 31 OCCURRENCE<br>CODE   DATE | 32 OCCURRENCE<br>CODE   DATE | 33 OCCURRENCE<br>CODE   DATE | 34 OCCURRENCE<br>CODE   DATE | 35 OCCURRENCE SPAN<br>CODE   FROM   THROUGH | 36 OCCURRENCE SPAN<br>CODE   FROM   THROUGH | 37 |

| 38 VALUEOPTIONS<br>PO BOX 1860<br>LATHAM , NY 12110-1860 | | | 39  VALUE CODES<br>CODE   AMOUNT | 40  VALUE CODES<br>CODE   AMOUNT | 41  VALUE CODES<br>CODE   AMOUNT |
| | | a | | |
| | | b | | |
| | | c | | |
| | | d | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| 1001 | BH R&B RES/PSYCH | 325.00 | 03/01/2011 | 31 | 10075 00 | | |

PAGE 1 OF 1    CREATION DATE 04/08/2011   TOTALS ▷   10075 00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL<br>INFO | 53 ASG<br>BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1649482241 |
| VALUEOPTIONS | | Y | Y | 0 00 | 10075 00 | 57 OTHER<br>PRV ID | A<br>B<br>C |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
| R——— JOSEPH | 19 | ——— | | A<br>B<br>C |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
| | | A<br>B<br>C |

| 66<br>DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | | | 67 | | | | | | | 68 |
| 69 ADMIT<br>DX 296.32 | 70 PATIENT<br>REASON DX | | | 71 PPS<br>CODE | 72<br>ECI | | | 73 |

| 74 PRINCIPAL PROCEDURE<br>CODE   DATE | a OTHER PROCEDURE<br>CODE   DATE | b OTHER PROCEDURE<br>CODE   DATE | 75 | 76 ATTENDING  NPI 1912108242   QUAL<br>LAST MCELROY   FIRST BETTY |
| c OTHER PROCEDURE<br>CODE   DATE | d OTHER PROCEDURE<br>CODE   DATE | e OTHER PROCEDURE<br>CODE   DATE | | 77 OPERATING  NPI   QUAL<br>LAST   FIRST |
| 80 REMARKS | | 81CC<br>a | | 78 OTHER  NPI   QUAL<br>LAST   FIRST |
| | | b | | 79 OTHER  NPI   QUAL<br>LAST   FIRST |
| | | c | | |
| | | d | | |

2393<br>UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    UB04I    NUBC ™ TPP24394485    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

Riberio 000107

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA,UT 84747
(435) 836-2080

| | | CNTL # | | 0863 |
|---|---|---|---|---|
| | | b MED REC # | | |
| 5 FED. TAX NO | | 6 STATEMENT COVERS PERIOD FROM | THROUGH | |
| 20-0035035 | | 04/01/2011 | 04/30/2011 | |

8 PATIENT NAME      b R██████ T█████
9 PATIENT ADDRESS   b MERIDEN   c CT   d 06451   e

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/1995 | F | 7/9/10 | 3  9 | 30 | | | | | | | | | | | | |

| 31 OCCURRENCE CODE   DATE | 32 OCCURRENCE CODE   DATE | 33 OCCURRENCE CODE   DATE | 34 OCCURRENCE CODE   DATE | 35 OCCURRENCE SPAN CODE   FROM   THROUGH | 36 OCCURRENCE SPAN CODE   FROM   THROUGH | 37 |
|---|---|---|---|---|---|---|

38
VALUEOPTIONS
PO BOX 1860
LATHAM , NY 12110-1860

| 39 CODE  VALUE CODES AMOUNT | 40 CODE  VALUE CODES AMOUNT | 41 CODE  VALUE CODES AMOUNT |
|---|---|---|
| a | | |
| b | | |
| c | | |
| d | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 04/01/2011 | 30 | 9750 00 | | |

PAGE 1 OF 1      CREATION DATE 05/10/2011   TOTALS   9750 00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI | 1649482241 |
|---|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 9750 00 | 57 OTHER PRV ID | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| R██████ JOSEPH | 19 | ██████189██ | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | 68 |
|---|---|---|---|---|---|---|---|
| 9 | | | | | | | |

| 69 ADMIT DX | 296.32 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE  DATE | a OTHER PROCEDURE CODE  DATE | b OTHER PROCEDURE CODE  DATE | 75 | 76 ATTENDING  NPI 1912108242   QUAL |
|---|---|---|---|---|
| c OTHER PROCEDURE CODE  DATE | d OTHER PROCEDURE CODE  DATE | e OTHER PROCEDURE CODE  DATE | | LAST MCELROY   FIRST BETTY |
| | | | | 77 OPERATING  NPI   QUAL |
| | | | | LAST   FIRST |

| 80 REMARKS | | 81CC a | | 78 OTHER  NPI   QUAL |
|---|---|---|---|---|
| | | b | | LAST   FIRST |
| | | c | | 79 OTHER  NPI   QUAL |
| | | d | | LAST   FIRST |

2654
UB-04 CMS-1450      APPROVED OMB NO. 0938-0997      UB04L      NUBC ™      THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Ribar█000108

ASPEN RANCH
2000 WEST DRY VALLEY RD
LOA, UT 84747
(435) 836-2080

| | | 0863 |
|---|---|---|

5 FED. TAX NO. 20-0035035   6 STATEMENT COVERS PERIOD FROM 05/01/2011 THROUGH 05/31/2011

9 PATIENT ADDRESS: b MERIDEN   c CT   d 06451

10 BIRTHDATE 07/17/1995   11 SEX F   12 DATE 7/9/10   13 HR   14 TYPE 3   15 SRC 9   16 DHR   17 STAT 30

| 38 | 39 VALUE CODES | 40 VALUE CODES | 41 VALUE CODES |
|---|---|---|---|
| VALUEOPTIONS | | | |
| PO BOX 1860 | | | |
| LATHAM, NY 12110-1860 | | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0001 | BH R&B RES/PSYCH | 325.00 | 05/01/2011 | 31 | 10075 00 | | |

PAGE 1 OF 1   CREATION DATE 06/14/2011   TOTALS   10075 00

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649482241 |
|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 10075 00 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| JOSEPH | 19 | | | |

63 TREATMENT AUTHORIZATION CODES   64 DOCUMENT CONTROL NUMBER   65 EMPLOYER NAME

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | 68 |
|---|---|---|---|---|---|---|---|

| 69 ADMIT DX 296.32 | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1912108242   QUAL |
|---|---|---|---|---|
| | | | | LAST MCELROY   FIRST BETTY |

c. OTHER PROCEDURE CODE DATE   d. OTHER PROCEDURE CODE DATE   e. OTHER PROCEDURE CODE DATE   77 OPERATING NPI   QUAL   LAST   FIRST

80 REMARKS   81CC a b c d   78 OTHER NPI   QUAL   LAST   FIRST

79 OTHER NPI   QUAL   LAST   FIRST

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Riburu 000109

| 1 ASPEN RANCH | 2 | | | 3a PAT. CNTL.# | | 4 TYPE OF BILL |
|---|---|---|---|---|---|---|
| 2000 WEST DRY VALLEY RD | | | | b. MED. REC.# | | 0863 |
| LOA, UT 84747 | | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | 7 |
| (435) 836-2080 | | | 20-0035035 | FROM 06/01/2011 | THROUGH 06/17/2011 |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | | | | |
|---|---|---|---|---|---|---|
| b R████ T████ | MERIDEN | | | CT | 06451 | |

| 10 BIRTHDATE | 11 SEX | 12 ADMISSION DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 CONDITION CODES | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/1995 | F | 7/9/10 | 3 | 1 | 9 | | 30 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 | | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|---|
| VALUEOPTIONS | a | | | |
| P.O. BOX 1860 | b | | | |
| LATHAM, NY 12110-1860 | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1001 | BH R&B RES/PSYCH | 325.00 | 06/01/2011 | 17 | 5525 00 | | |
| | | | | | | | |
| | PAGE 1 OF 1 | CREATION DATE 07/26/2011 | | TOTALS | 5525 00 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1649482241 |
|---|---|---|---|---|---|---|---|
| VALUEOPTIONS | | Y | Y | 0 00 | 5525 00 | 57 OTHER PRV ID | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| R████ JOSEPH | 19 | 64356218908 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | |

| 66 DX | 296.32 | 300.00 | 314.01 | V62.82 | V61.20 | | | | | | 67 | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX 296.32 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | | 73 | | | | | |

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 912108242 QUAL | | |
|---|---|---|---|---|---|---|
| | | | | LAST MCELROY | FIRST BETTY | |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL | | |
| | | | | LAST | FIRST | |
| 80 REMARKS | 81CC a | | | 78 OTHER NPI QUAL | | |
| | b | | | LAST | FIRST | |
| | c | | | 79 OTHER NPI QUAL | | |
| | d | | | LAST | FIRST | |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   UB04L   NUBC™ TPP24394485   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Ribera000110